

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00226-CV

**VALERO DEVELOPMENT CORPORATION** and Imelda Fernandez,
Appellants

v.

**CITY OF LAREDO,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-000828-D3
Honorable Elma T. Salinas Ender, Judge Presiding

## O R D E R

Appellants' motion for extension of time to file a brief is granted. We order appellants' brief due December 2, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court